

# United States District Court
# Eastern District of California

Jeffrey Scruggs, on behalf of himself and all similarly situated persons,

Plaintiff(s)

V.

Vivid Seats LLC, a Delaware limited liability company,

Defendant(s)

Case Number: 2:26-cv-02020-DC-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Serrin Turner _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant Vivid Seats LLC

On _____03/28/2016_____ (date), I was admitted to practice and presently in good standing in the

Appellate Division of the Supreme Court of New York (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____06/30/2026_____    Signature of Applicant: /s/ Serrin Turner _____

**Pro Hac Vice Attorney**

Applicant's Name: Serrin Turner

Law Firm Name: Latham & Watkins LLP

Address: 1271 Avenue of the Americas

City: New York  State: NY  Zip: 10020

Phone Number w/Area Code: (212) 906-1200

City and State of Residence: New York, NY 10012

Primary E-mail Address: serrin.turner@lw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Catherine A. Rizzoni

Law Firm Name: Latham and Watkins LLP

Address: 505 Montgomery Street

Suite 2000

City: San Francisco  State: CA  Zip: 94111

Phone Number w/Area Code: (415) 391-0600  Bar # 322267

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 30, 2026

Dena Coggins
United States District Judge