Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff, JEFFREY SCRUGGS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JEFFREY SCRUGGS, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

VIVID SEATS LLC, a Delaware limited liability company,

Defendant.

Case No.: 2:26-cv-02020-DC-CKD

Hon. Dena M. Coggins

**NOTICE OF SETTLEMENT**

Plaintiff JEFFREY SCRUGGS ("Plaintiff") by and through his undersigned counsel hereby gives the Court notice that Plaintiff and Defendant VIVID SEATS LLC, a Delaware limited liability company ("Defendant") (collectively, the "Parties") have reached a settlement in this matter.

Plaintiff will file a Voluntary Dismissal of the action, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

Dated: August 14, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*

Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*